## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY<br><br>      Plaintiffs,<br><br>  v.<br><br>ACER, INCORPORATED; ACER AMERICA CORPORATION,<br><br>      Defendants. | Civil Action No.: 2:07-cv-150-TJW<br><br>The Honorable T. John Ward |

## ORDER GRANTING JOINT STIPULATION DISMISSING ALL CLAIMS WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT

On this day, the Court took notice of the Joint Stipulation Dismissing All Claims Without Prejudice Pursuant To Settlement Agreement involving Plaintiff Hewlett-Packard Company and Defendants Acer Inc. and Acer America Corporation (collectively, "the Parties").

Being of the opinion that this motion is meritorious, the Court hereby:

ORDERS all asserted claims that are pending in the above-captioned action, Case No. 2:07-cv-150-TJW, be dismissed without prejudice. Each of the Parties will bear its own attorneys' fees, costs, and other expenses incurred in the above-captioned action to date.

SIGNED this 23rd day of July, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE